

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00148-CV

BRANDON FORD, Appellant

v.

RANDELL CUTBURTH AND BRENDA
CUTBURTH, D/B/A CUTBURTH
CONSTRUCTION, Appellees

§  On Appeal from the 415th District Court

§  of Parker County (CV19-0598)

§  February 9, 2023

§  Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Brandon Ford shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack